# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2026-0530

———————————————

TOMMY R. MCGUIRE,

Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

Appellee.

———————————————

On appeal from the Circuit Court for Union County.
Sean Brewer, Judge.

June 30, 2026

PER CURIAM.

DISMISSED as untimely.

ROBERTS, M.K. THOMAS, and LONG, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Tommy R. McGuire, pro se, Appellant.

No appearance for Appellee.